IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 5:20-CR-00543-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MESSIAH MAY,

    Defendant.

ORDER

This matter comes before the court sua sponte. On August 21, 2024, Defendant entered a plea of not guilty. DE 156. Defendant's counsel and counsel for the United States indicated that they would meet and confer, and then provide proposed trial dates to the court. *See id.* (Minute Entry reflecting discussion of trial dates). To date, the parties have not proposed trial dates. Accordingly, the parties are directed to provide proposed trial dates to the court no later than September 24, 2024.

SO ORDERED this 17th day of September, 2024.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE